UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                              Plaintiff,                    **ORDER**

                        -against-                      **24-CV-6061 (VSB) (JW)**

A.T.S. RESTAURANT CORP. d/b/a
O'HANLON'S and 349 EAST 14th
STREET LLC.,

                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 30, 2025, this Court issued an order directing the Parties to file a joint proposed case management plan by February 12, 2025 in advance of an initial case management conference scheduled for February 19, 2025. Dkt. No. 18.

On February 13, 2025, Plaintiff filed a letter informing the Court that he had been unable to reach Defendants' counsel to fill out and file the proposed case management plan. Dkt. No. 19.

On February 19, 2025, counsel for both Parties appeared at the initial case management conference. At the conference, counsel for Defendants offered no meaningful explanation for his failure to comply with the Court's January 30th order. As discussed at the conference, the Parties are ordered to meet and confer and file a proposed case management plan **by February 26, 2025,** and appear for an in-person status conference on **February 28, 2025, at 1:00 PM** in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Should the Parties file the

proposed case management plan by the above-listed deadline, the February 28th conference will be adjourned *sine die*.

    SO ORDERED.

DATED:   New York, New York
              February 20, 2025

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge