

September 11, 2025

Hon. Jennifer E. Willis
United Stated Magistrate Judge
United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

RE: **VOLFMAN v. ATS RESTAURANT CORP, et al.**
<u>**DOCKET NO. 1:24-cv-6061**</u>

Dear Judge Willis:

  This office represents Joseph Volfman, the Plaintiff in the above-referenced matter. I write to address Defendants' ongoing refusal to comply with their discovery obligations and this Court's orders, and to request sanctions.

  On May 7, 2025, the Court granted Plaintiff's unopposed motion to compel, directing Defendants to respond "in detail" to Plaintiff's discovery requests by May 14, 2025 (Doc. 26). Despite that clear directive, Defendants provided only perfunctory responses that omit much of the information requested and failed entirely to identify deposition witnesses. I notified defense counsel, Mr. Howard Chun, of these deficiencies, but as has been his pattern throughout this case, he ignored those communications.

  Following an agreement in principle to settle, Defendants again stalled. Mr. Chun failed to finalize the agreement despite multiple follow-up attempts. As a result, Plaintiff sought and obtained an order reopening the case on August 29, 2025 (Doc. 33).

  Since reopening, Plaintiff has served two notices of deposition and scheduled them for September 26, 2025, through Veritext. Mr. Chun was provided with notice, invitations, and emails requesting identification of Defendants' witnesses by September 10, 2025. That deadline has come and gone without any response.

It is now evident that Defendants never intended to litigate this matter in good faith, nor to comply with their discovery obligations or settlement commitments. From the outset, Mr. Chun ignored discovery requests until compelled by Court order, then served only cursory responses that fell far short of the Court's directive to respond "in detail." He then feigned interest in settlement, only to abandon the process once Plaintiff relied on his representations, forcing Plaintiff to move to reopen the case. Since that time, he has again ignored deposition notices and simple requests to identify witnesses. This pattern of neglect and delay has wasted the resources of Plaintiff, defense counsel's own client, and this Court, while obstructing the orderly progress of litigation.

Plaintiff respectfully requests that the Court impose monetary sanctions against Defendants and/or their counsel in an amount the Court deems just and proper pursuant to Rule 37 of the Federal Rules of Civil Procedure. Plaintiff further requests reimbursement of the attorney's fees and costs incurred not only in making this application, but for all of the wasted time caused by Defendants' conduct, including the initial efforts to obtain discovery without Court involvement, the need to move to compel, the pursuit of a settlement process that Defendants never intended to honor, and the continued failures that have now culminated in this application. Plaintiff also requests that the Court reset firm deadlines for Defendants to serve complete discovery responses and to identify their deposition witnesses by a date certain.

Given Defendants' failures, sanctions are both warranted and necessary to ensure compliance and to prevent further prejudice to Plaintiff.

---

Given Defendants' failure to respond, Plaintiff's motion to compel is GRANTED. Defendants are ordered to identify the deponent to Plaintiff by **October 10, 2025**. Defendants are also ordered to serve complete discovery responses by **October 14, 2025**. The parties are to file a joint letter by **5:00 PM on October 15, 2025**, advising the Court on whether Defendants have complied with this order.

To the extent Plaintiff is requesting leave to file a sanctions motion, that request is **GRANTED**. The briefing schedule shall be as follows:
   Plaintiff's opening brief: due October 15, 2025
   Defendants' opposition brief:  due October 29, 2025
   Plaintiff's reply brief:  due November 5, 2025

SO ORDERED.

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge
October 1, 2025