

October 13, 2025

Hon. Jennifer E. Willis
United Stated Magistrate Judge
United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

RE: **VOLFMAN v. ATS RESTAURANTS**
**DOCKET NO. 1:24-cv-6061**

> These requests are GRANTED. The updated briefing schedule for the forthcoming sanctions motion shall be as follows:
> - Plaintiff's opening brief: due November 14, 2025
> - Defendants' opposition brief: due December 1, 2025
> - Plaintiff's reply brief: due December 8, 2025
>
> _/s/ Jennifer E. Willis_
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 15, 2025

Dear Judge Willis:

    This office represents Plaintiff Joseph Volfman in the above-referenced matter. I write regarding the Court's October 1, 2025 Order (Doc. 36), which directed the parties to file a joint status letter by October 15, 2025 and set a briefing schedule for Plaintiff's motion for sanctions.

    Despite multiple follow-up attempts, defense counsel has not responded to Plaintiff's recent communications regarding Defendants' compliance. As a result, Plaintiff is unable to prepare and submit a joint filing.

    In addition, the undersigned observes the Jewish holiday of Sukkot, which continues through the evening of October 15, 2025. Today, October 13, 2025, is also a federal holiday, further limiting communication with opposing counsel and the ability to file on the 15th.

    Accordingly, Plaintiff respectfully requests a 9-day extension, until October 24, 2025, to file the joint status letter, and a 30-day extension, until November 14, 2025, to file Plaintiff's opening brief in support of sanctions, as Defendants remain in noncompliance with the Court's discovery order and the motion would be premature at this time.

    I thank the Court for its time and attention to this matter.

                                                                                        Respectfully,
                                                                                      /s/ Gabriel A. Levy