UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                              Plaintiff,

-against-

A.T.S. RESTAURANT CORP. d/b/a
O'HANLON'S and 349 EAST 14th
STREET LLC.,

                            Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-6061 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 15, 2025, the Court set a revised briefing schedule for Plaintiff's sanctions motion, with Plaintiff's opening brief due on November 14, 2025; Defendants' opposition brief due on December 1, 2025; and Plaintiff's reply brief due on December 8, 2025.  Dkt. No. 38.

On November 13, 2025, Plaintiff filed its motion for sanctions.  Dkt. No. 39.  To date, the Court has not received Defendants' opposition brief.  Defendants have until **January 21, 2026** to file their opposition.  If Defendants do not file a response by then, the Court will consider Plaintiff's motion for sanctions unopposed.

     SO ORDERED.

DATED:    New York, New York
            January 14, 2026

                                        _Jennifer E. Willis_
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge