**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                                                                    **ORDER**

                                Plaintiff,

                                                          **24-CV-6061 (VSB) (JW)**

                        -against-

A.T.S. RESTAURANT CORP. d/b/a
O'HANLON'S and 349 EAST 14th
STREET LLC.,

                                Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 23, 2026, the Parties filed a notice of settlement.  Dkt. No. 47.  On

January 26, 2026, the Court ordered the Parties to provide a joint status letter by

February 23, 2026 in the event they do not finalize settlement terms by then.

To date, the Court has not heard from the Parties.  The Parties are therefore

ordered to filed a joint status letter regarding settlement progress by **March 13,**

**2026**.

SO ORDERED.

DATED:      New York, New York
            March 9, 2026

                                        _Jennifer E. Willis_
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge